No. 459. BUIE *v.* UNITED STATES. January 11, 1943. The petition for rehearing is granted. The order heretofore entered denying certiorari, *ante,* p. 689, is vacated. The application filed with the Clerk of this Court on June 5, 1942, will be treated as a petition for certiorari. *Vivian Wycliff Buie, pro se. Solicitor General Fahy* for the United States.

No. 1202, October Term, 1941. KRAMER *v.* SHEEHY, WARDEN. July 31, 1942. The petition for rehearing is denied. The order of stay heretofore entered is vacated. MR. JUSTICE MURPHY took no part in the consideration or decision of this application.

No. 962, October Term, 1940. MARTIN M. GOLDMAN *v.* UNITED STATES;

No. 963, October Term, 1940. SHULMAN *v.* UNITED STATES; and

No. 980, October Term, 1940. THEODORE GOLDMAN *v.* UNITED STATES. October 12, 1942. 316 U. S. 129.